

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>Via ECF</u>
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>Lamar Brown v. Volcom LLC, 22-9000-LGS</u>

December 9, 2022

Dear Judge Schofield:

      Plaintiff submits this letter in accordance with Your Honor's order dated December 7, 2022 (Dkt. No. 6). Respectfully, Plaintiff requests an adjournment of the initial pretrial conference, currently scheduled for December 14, 2022. Plaintiff has not been in communication with the Defendant. Despite numerous attempts to serve, Plaintiff has yet to effectuate service upon the Defendant. Plaintiff respectfully requests a 30-day extension of time to serve from the 90-day deadline to serve, currently scheduled for December 21, 2022, making the new deadline to serve January 20, 2023. Plaintiff also respectfully requests that the initial pretrial conference be adjourned to February 14, 2023, to allow time for service, and for Defendant to respond.

      Plaintiff thanks the Court for its attention and consideration herein.

Application **GRANTED** in part.  The initial pretrial conference scheduled for December 14, 2022, is adjourned to **February 1, 2023, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and use the access code 558-3333.  The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **January 25, 2023, at 12:00 P.M.**

By **December 14, 2022**, Plaintiff shall submit a letter with proofs of attempted service upon Defendant.

Respectfully and sincerely,

/s/ Mars Khaimov

Dated: December 12, 2022
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE