# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
40 Foley Sq.
New York, NY 10007

Application **GRANTED**.  The initial pretrial conference scheduled for February 1, 2023, is adjourned to **February 22, 2023, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and use the access code 558-3333.  The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **February 15, 2023, at 12:00 P.M.**

January 25, 2023

Dated:  January 26, 2023
New York, New York

Re:     *Brown v. Volcom LLC*
        Case No. 1:22-cv-9000-LGS- Motion for Adjournment of Conference

Dear Judge Schofield:

     Plaintiff's Counsel respectfully submits this letter-motion jointly and respectfully seeking an adjournment of the initial pretrial conference, currently scheduled for February 1, 2023. Plaintiff's counsel has been in communication with defense counsel, who was recently retained and is still familiarizing himself with the matter. The Parties are also making progress towards an early resolution and request that they be given an opportunity to settle the matter prior to discovery deadlines being implemented. As such, the Parties request a short adjournment to February 22, 2023, or a date more convenient to the Court. This is the second time this relief is being requested and both Parties consent.

     We thank the Court for its consideration of this matter.

Respectfully submitted,

**MARS KHAIMOV LAW, PLLC**

*/s/ Mars Khaimov*
Mars Khaimov, Esq.

Attorneys for Plaintiff

cc: Counsel of record (via ECF)

