

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Application **GRANTED**.  The initial pretrial conference scheduled for February 22, 2023, is adjourned to **March 22, 2023, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and use the access code 558-3333.  The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **March 15, 2023, at 12:00 P.M.**

Dated: February 16, 2023
New York, New York

February 15, 2023

Re:   *Brown v. Volcom LLC*
      Case No. 1:22-cv-9000-LGS
      Request for Adjournment for Conference

**L**ORNA **G. S**CHOFIELD
**U**NITED **S**TATES **D**ISTRICT **J**UDGE

Dear Judge Schofield:

    The Parties submit this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for February 22, 2023. The reason for this request is due to Defense Counsel unfortunately going through a serious family emergency that has taken some time away from Counsel's representation on this case. However, the Parties fully expect to be prepared to go forth with the initial conference in thirty days. As such, a new date of March 22, 2023 is being requested, or a date more convenient to the Court. This is the third time this relief is being requested and both Parties consent.

    We thank the Court for its attention and consideration herein.

Respectfully submitted,

Mars Khaimov, Esq.

Carla Varriale-Barker, Esq.

