UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                  :
LAMAR BROWN,                                      :
                            Plaintiff,            :
                                                  :          22 Civ. 9000 (LGS)
               -against-                          :
                                                  :              ORDER
VOLCOM, LLC,                                      :
                            Defendant.            :
                                                  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for March 22, 2023;

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

      **ORDERED** that the March 22, 2023, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

      **ORDERED** that if Defendant seeks to file a motion to dismiss, it shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

      **ORDERED**, regarding settlement discussions, the parties' request for a referral to mediation is **GRANTED**.  The referral will issue in a separate order.

      The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: March 16, 2023
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE